No. 626

WEBER v. CLEVELAND (City), et

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 7448. Decided June 27, 1927.

301. CONTRIBUTORY NEGLIGENCE—Person who walks on street and steps into hole filled with water, not guilty of contributory negligence as a matter of law.

1066. SCINTILLA RULE—The scintilla rule as to negligence and contributory negligence applies in Ohio.

Error to Common Pleas. Judgment reversed.

First Publication of this Opinion
VICKERY, J.

Regina Weber brought an action in the Cuyahoga Common Pleas against the city of Cleveland and the Cleveland Ry. Co. to recover damages for an injury claimed to have been suffered by her because of a defect in the street in the portion thereof which the Company had contracted with the city to keep in repair.

After plaintiff's evidence was in, the Court directed a verdict in favor of the defendants and error was prosecuted by Weber.

The scintilla rule, both as to negligence and as to contributory negligence, still applies in Ohio.

The court could not, as a matter of law, declare that a person who walked on a street under circumstances, such as are detailed in this case, and stepped into a hole filled with water, was guilty of contributory negligence. This is a question for the jury. Gibbs v. Girard, 88 OS. 34.

Judgment reversed and cause remanded.

(Sullivan, PJ., and Levin, J., concur).

Attorneys—A. H. Fiebach for Weber; Glen O. Smith, for City; Squire, Sanders and Dempsey for Ry Co; all of Cleveland.